IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| TYLER WATSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SBM MANAGEMENT SERVICES, LP; EXPRESS EMPLOYMENT INTERNATIONAL d/b/a EXPRESS EMPLOYMENT PROFESSIONALS, | ) CASE NO. 3:25-CV-00476 ) ) ) |
| Defendants. | ) ) ) |

**JOINT NOTICE OF REMOVAL**

Defendants SBM Management Services, LP and Express Services, Inc. d/b/a Express Employment Professionals[1] ("Defendants"), by and through their counsel, hereby jointly notice the removal of this action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 to the United States District Court for the Western District of North Carolina, and as grounds therefore state:

**I.  Timeliness of Removal**

1. On or about May 2, 2025, Plaintiff Tyler Watson ("Plaintiff") filed a civil action against Defendants in the General Court of Justice, Superior Court Division, for Buncombe County, North Carolina, designated as File No. 25CV002178-100. Copies of the Summons and Complaint are attached as **Exhibit A**, as required under 28 U.S.C. § 1446(a). No other process, pleadings, or orders have been served upon or received by Defendants in this action to date.

2. Thereafter, Defendant SBM Management Services, LP was served with a copy of the Summons and Complaint on or about June 2, 2025.

---

[1] Erroneously named as Express Employment International d/b/a Express Employment Professionals.

3. Defendant Express Services, Inc. d/b/a Express Employment Professionals was served with a copy of the Summons and Complaint on or about June 4, 2025.

4. Accordingly, Defendants are timely filing this Notice of Removal within 30 days of service of process, as required by 28 U.S.C. § 1446(b).

**II.    Venue**

5. The General Court of Justice, Superior Court Division for Buncombe County, North Carolina, is located within the Asheville Division of the United States District Court for the Western District of North Carolina. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**III.   Basis for Removal: Diversity Jurisdiction**

6. This action is properly removable under 28 U.S.C. § 1441(b), because the United States District Court has jurisdiction over the matter pursuant to 28 U.S.C. § 1332(a), which provides, "[t]he district courts shall have original jurisdiction of all civil actions where the matter is controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States…."

   **A.    Diversity of Citizenship**

6. Plaintiff's Complaint states that he is a citizen and resident of Buncombe County, North Carolina. (*See* **Exhibit A**, Compl.,¶ 2.)

7. A corporation is a citizen of the states in which it has been incorporated and in which it has its principal place of business. *Cent. W. Va. Energy Co., v. Mt. State Carbon, LLC*, 636 F. 3d 101, 102 (4th Cir. 2011). Defendant Express Services, Inc. d/b/a Express Employment

2

Professionals is a Colorado corporation with a principal place of business in Oklahoma City, Oklahoma.

8. For purposes of diversity jurisdiction, "the citizenship of a limited partnership is determined by considering the citizenship of all of its partners, both general and limited." *Indiantown Cogeneration, L.P. v. Century Coal, LLC*, No. 3:09CV398, 2011 WL 3682778, at *2 (W.D.N.C. Aug. 23, 2011)(quoting *N.Y. State Teachers Retirement System v. Kalkus*, 764 F.2d 1015, 1019 (4th Cir.1985). Defendant SBM Management Services, LP is a California company and its general and limited partners are domiciled in California, Texas, Arizona, Georgia, and Missouri.

8. Complete diversity of citizenship exists, and this case is therefore removable under 28 U.S.C. § 1441(b).

**B. The Amount in Controversy Exceeds $75,000**

9. Further, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. In his Complaint, Plaintiff seeks to recover lost wages in the form of back pay, compensatory damages in an amount in excess of $25,000, liquated damages, and punitive damages. In addition, Plaintiff seeks to recover trebled damages pursuant to N.C. Gen. Stat. § 95-243(c)(4). Finally, Plaintiff seeks to recover reasonable attorneys' fees. (*See* **Exhibit A**, Compl. Pg. 8.)

10. Between his claims for lost wages, compensatory damages, liquidated damages, punitive damages, trebled damages, and attorneys' fees, the amount in controversy is clearly in excess of $75,000.

3

11. Thus, this Court has jurisdiction over the matter pursuant to 28 U.S.C. § 1332 because complete diversity exists between Plaintiff and Defendants and the amount in controversy exceeds $75,000, exclusive of interests and costs.

## IV. Conclusion

12. In accordance with 28 U.S.C. § 1446, copies of this Notice of Removal will be promptly served upon Plaintiff, who is represented by counsel, and filed with the Clerk of Superior Court for Buncombe County, North Carolina. Pursuant to 28 U.S.C. § 1446(d), Defendants are concurrently submitting a Notice of Filing of Notice of Removal for filing with the Clerk of Court for the General Court of Justice, Superior Court Division, Buncombe County, North Carolina. (*See* **Exhibit B**.)

13. All Defendants consent to the removal of this action.

14. By removing this matter, Defendants do not waive or intend to waive any defense, including, but not limited to, insufficiency of process and insufficiency of service of process.

WHEREFORE, Defendants jointly remove this case and respectfully request that this Court take jurisdiction of this action and issue all necessary orders and process to remove it from the General Court of Justice, Superior Court Division for Buncombe County, North Carolina, to the United States District Court for the Western District of North Carolina.

Dated this the 2nd day of July, 2025.

EXPRESS SERVICES, INC.

*/s/Kelly S. Hughes*
Kelly S. Hughes, NC #33439
Carl M. Short III NC #46396
*Attorneys for Defendant Express Services, Inc.*
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC  28244
Telephone:  704-342-2588
Facsimile:  704-342-4379
Email:  kelly.hughes@ogletree.com
Email:  carl.short@ogletree.com

SBM MANAGEMENT SERVICES, LP

By: */s/ Frederick T. Smith*
Frederick T. Smith
North Carolina Bar No. 45229
*Attorneys for Defendant SBM Management Services, LP*
SEYFARTH SHAW LLP
300 South Tryon Street
Suite 400
Charlotte, North Carolina 28202
Telephone:     (704) 925-6023
Facsimile:     (704) 559-2425
E-mail: fsmith@seyfarth.com

5

# CERTIFICATE OF SERVICE

I, Kelly S. Hughes, hereby certify that on this day, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system. I also certify that I have served a copy of the same via United States Mail properly addressed and with the correct amount of postage affixed thereon, to:

R. Michael Elliot
ELLIOT MORGAN PARSONAGE, PLLC
300 E. Kingston Avenue, Suite 200
Charlotte, NC 28203
Telephone: 704.707.3705
Email: michaelelliot@emplawfirm.com

*Attorney for Plaintiff*

Frederick T. Smith
SEYFARTH SHAW LLP
300 South Tryon Street
Suite 400
Charlotte, North Carolina 28202
Telephone:   (704) 925-6023
Facsimile:   (704) 559-2425
E-mail: fsmith@seyfarth.com

*Attorneys for Defendant SBM Management Services, LP*

Dated this the 2nd day of July, 2025.

/s/Kelly S. Hughes
Kelly S. Hughes, NC #33439
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC  28244
Telephone:  704-342-2588
Facsimile:  704-342-4379
Email:  kelly.hughes@ogletree.com

6