# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### Case No. 1:25-cv-00205-MR-WCM

TYLER WATSON,

        Plaintiff,

   v.

SBM MANAGEMENT SERVICES, LP;
EXPRESS EMPLOYMENT
INTERNATIONAL d/b/a EXPRESS
EMPLOYMENT PROFESSIONALS,

        Defendants.

**MOTION LEAVE TO WITHDRAW APPEARANCE OF STEPHANIE SAWYER**

       Pursuant to Local Rule 83-2.3.2, Defendant SBM Management Services, LP ("SBM", by and through its attorneys, Seyfarth Shaw LLP ("Seyfarth Shaw"), hereby requests that Stephanie Sawyer be withdrawn as counsel of record for Defendant SBM, and should no longer be a recipient of documents. Ms. Sawyer is leaving Seyfarth Shaw to begin new employment. Frederick T. Smith of Seyfarth Shaw will continue to represent SBM, and all further notices, orders, pleadings, and correspondence should continue to be directed to him. Mr. Smith is already counsel of record in this matter. No prejudice will result from Ms. Sawyer's withdrawal as counsel of record because SBM will continue to be represented by Mr. Smith. SBM[1] consents to Ms. Sawyer's withdrawal. *See* Ex. 1.

       Respectfully submitted,

       SBM MANAGEMENT SERVICES, LP

By: _____
Frederick T. Smith

---

[1] SBM's address is 5241 Arnold Avenue, McClellan, CA 95652.

North Carolina Bar No. 45229
fsmith@seyfarth.com
SEYFARTH SHAW LLP
300 S. Tryon Street
Suite 400
Charlotte, North Carolina  28202
Telephone: (704) 925-6023
Facsimile: (704) 559-2425


Stephanie E. Sawyer
ssawyer@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, NW
Washington, DC 20004
Telephone: (202) 828-5324
Facsimile: (202) 828-5393
*Admitted Pro Hac Vice*

Attorneys for Defendant
SBM MANAGEMENT SERVICES, LP


Date: May 5, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 5, 2026, I served the foregoing Motion to Withdraw via electronic mail to the following counsel of record:

R. Michael Elliot
ELLIOT MORGAN PARSONAGE, PLLC
300 E. Kingston Avenue, Suite 200
Charlotte, NC 28203

Attorney for Plaintiff

Kelly S. Hughes
Carl M. Short
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC  28244

Attorneys for Defendant Express Services, Inc.

/s/ Frederick T. Smith
Frederick T. Smith