IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:25-CV-205-MR-WCM

TYLER WATSON,

      Plaintiff,

v.

SBM MANAGEMENT SERVICES, LP, and
EXPRESS EMPLOYMENT
INTERNATIONAL d/b/a EXPRESS
EMPLOYMENT PROFESSIONALS,

      Defendants.

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Tyler Watson and Defendants SBM Management Services, LP and Express Employment International d/b/a Express Employment Professionals by and through the undersigned counsel, hereby stipulate to and give notice of the dismissal of all of Plaintiff's claims in this action with prejudice, including all claims that were or might have been asserted by Plaintiff in this action. Each party shall bear their own fees and costs.

[CONTINUED ON NEXT PAGE]

This the 2nd day of June, 2026.

/s/R. Michael Elliot
R. Michael Elliot
N.C. State Bar No. 42806
michaelelliot@emplawfirm.com
ELLIOT MORGAN PARSONAGE, PLLC
300 E. Kingston Avenue, Suite 200
Charlotte, NC 28203
Telephone:  704.707.3705
Facsimile: 336.724.3335

*Attorney for Plaintiff*

/s/Kelly S. Hughes
Kelly S. Hughes
N.C. State Bar No. 33439
Carl M. Short III
N.C. State Bar No. 46396
*Attorneys for Defendant*
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC 28244
Telephone: 704.342.2588
Facsimile: 704.342.4379
E-mail: Kelly.hughes@ogletree.com
          carl.short@ogletree.com

*Attorneys for Defendant Express Employment*
*Professionals d/b/a Express Employment International*

/s/ Frederick T. Smith
Frederick T. Smith
N.C. State Bar No. 45229
SEYFARTH SHAW LLP
300 South Tryon Street Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 925-6023
Facsimile: (704) 559-2425
E-mail: fsmith@seyfarth.com

*Attorney for Defendant SBM Management Services, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using

the CM/ECF system, which will send notification of such filing to all parties.

This the 2nd day of June, 2026.

      */s/R. Michael Elliot*
      R. Michael Elliot
      N.C. State Bar No. 42806
      ELLIOT MORGAN PARSONAGE, PLLC
      300 E. Kingston Avenue, Suite 200
      Charlotte, NC 28203
      Telephone:  704.707.3705
      Facsimile: 336.724.3335
      Email: michaelelliot@emplawfirm.com

      *Attorney for Plaintiff*